UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MYRNA D. CALLAHAN

VERSUS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY AND
AUDUBON INSURANCE
COMPANY, INC.

CIVIL ACTION

NO. 07-745-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 29, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment will be granted, and plaintiff's claims will be dismissed with prejudice.

Baton Rouge, Louisiana, August 27, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA